AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 21 2018 ★
BROOKLYN OFFICE

PAUL CHIME, ET ANO )
*Plaintiff* )
v. ) Civil Action No. 1:13-cv-00470-AMD-PK
PEAK SECURITY PLUS, INC., ET ANO )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: A verdict in favor of plaintiffs was returned by the jury as to liability on August 19, 2016. On April 10, 2017, the parties informed the Court that they had reached a settlement. On November 27, 2018, the Court granted final approval of class action and FLSA settlement, certification of the settlement class, service awards, and attorney's fees.

This action was *(check one)*:

☒ tried by a jury with Judge  Ann M. Donnelly  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 21, 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL ACTION

*Chime, et ano v. Peak Security Plus, Inc., et ano,* 1:13-cv-00470-AMD-PK

The Court has ordered that:

Having considered the relevant standards and law, the Court:

(1) Finally certifies the following settlement class: All persons who were employed by Peak Security, in the State of New York as Security Guards for any period between January 28, 2007 and August 19, 2016;

(2) Approves the class action and FLSA settlement memorialized in the Class Action Settlement Agreement and Release (ECF No. 240 at 12-56), as it is fair, reasonable, adequate, and in the best interests of the class members;

(3) Approves the following service awards to the plaintiffs: (a) $7,000 for Paul Chime; (b) $4,500 for Demilade Elutilo; (c) $3,000 for Umar Abdulkhabir; (d) $3,000 for Osagie Egharevba; (e) $1,875 for Akinde Akintunde; (f) $1,875 for Joseph Alenze; (g) $1,875 for Mfon Akpan; (h) $1,875 for Abiodun Bello; (i) $1,875 for Morufu Ganiyu; and (j) $1,875 for Paul Kyree; and

(4) Approves $73,916.67 in attorney's fees and costs to Class Counsel, Lipsky Lowe LLP.